# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **JAMES BOWERS JOHNSON,** ) | Civil Action No. 7:15-cv-00067 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **UNITED STATES OF AMERICA, et al.,** ) | By: Hon. Michael F. Urbanski | |
| Defendants. ) | United States District Judge | |
| | | |
| **JAMES BOWERS JOHNSON,** ) | Civil Action No. 7:15-cv-00076 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **UNITED STATES OF AMERICA, et al.,** ) | By: Hon. Michael F. Urbanski | |
| Defendants. ) | United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the actions are **DISMISSED without prejudice** as frivolous and are **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

Entered: May 8, 2015

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge